(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Illinois** | **Voluntary Petition** |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Johnson, Justin W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Johnson, Amy J** |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-5416** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-7505** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**412 W Wilson**<br>**Herrin, IL 62948** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**412 W Wilson**<br>**Herrin, IL 62948** |
| County of Residence or of the<br>Principal Place of Business:    **Williamson** | County of Residence or of the<br>Principal Place of Business:    **Williamson** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
| --- | --- |
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ☐ Chapter 7          ☐ Chapter 11          ■ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) |  Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Johnson, Justin W**<br>**Johnson, Amy J** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Justin W Johnson**
Signature of Debtor **Justin W Johnson**

X    **/s/ Amy J Johnson**
Signature of Joint Debtor **Amy J Johnson**

Telephone Number (If not represented by attorney)

**May 12, 2005**
Date

### Signature of Attorney

X    **/s/ Jay B Howd 6208980 or Marcus H Herbert 6211376**
Signature of Attorney for Debtor(s)
    **Jay B Howd 6208980 or Marcus H Herbert 6211376**
Printed Name of Attorney for Debtor(s)
    **Herbert and Howd**
Firm Name
    **811 West Main Street**
    **Carbondale, IL 62901**
Address
    **618-549-0567  Fax: 618-549-0141**
Telephone Number
    **May 12, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X 
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Jay B Howd 6208980 or Marcus H Herbert 6211376**   May 12, 2005
Signature of Attorney for Debtor(s)     Date
    **Jay B Howd 6208980 or Marcus H Herbert 6211376**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X 
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Southern District of Illinois

In re    **Justin W Johnson,**
       **Amy J Johnson**                                            ,

Case No. _____

                                         Debtors

Chapter_____**13**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 80,000.00 | | |
| B - Personal Property | Yes | 4 | 37,362.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 92,043.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 51,703.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,102.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,942.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 117,362.00 | | |
| | | Total Liabilities | | 143,746.00 | |

In re   **Justin W Johnson,**                                          Case No. _____

         **Amy J Johnson**

_____,
Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead - 3 bedroom, 2 bath, 1 story ranch home w/ one car attached garage, no basement, approx. 1,600 sq. ft., located on one lot. Purchased for $75,000 six years ago;  value based upon real estate tax assessment which is believed to be a fair estimate.** | **Fee simple** | **J** | 80,000.00 | 69,000.00 |
| | | Sub-Total > | **80,000.00** | (Total of this page) |
| | | Total > | **80,000.00** | |
| | | | (Report also on Summary of Schedules) | |

**0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Justin W Johnson,**
         **Amy J Johnson**                                          Case No. _____

_____ ,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Banterra Bank Account ending in 0918** | J | 150.00 |
| | | **Checking Account at Banterra Bank Account ending in 0152** | W | 5.00 |
| | | **Savings Account at Banterra Bank Account ending in 1612** | J | 91.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Couch, loveseat, chair, coffee table, entertainment center** | J | 150.00 |
| | | **3 beds, crib, 3 dressers, desk** | J | 150.00 |
| | | **4 tvs, 4 dvd players, computer, stereo** | J | 200.00 |
| | | **Refrigerator, stove, small deep freezer** | J | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. clothing** | J | 200.00 |
| 7. Furs and jewelry. | | **Wedding rings, necklace & bracelet** | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **12 ga. shotgun, 20 ga. shotgun, 45 Cal. Ruger** | J | 400.00 |

                                                         Sub-Total >         **1,646.00**
                                                      (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Justin W Johnson,**                              Case No. _____
      **Amy J Johnson**
                                              ,
                                         Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtor has life insurance policy through employer, no cash value. (Wife is beneficiary)** | **J** | **0.00** |
| | | **Spouse has life ins. policy started by grandmother, no cash value. (Husband is beneficiary)** | **J** | **0.00** |
| | | **Debtor has term life policy for $100,000. Wife is beneficiary. No cash value** | **J** | **0.00** |
| | | **Whole life insurance policy through Northwestern Mutual Insurance;  daughter is insured** | **J** | **300.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Debtor has pension plan through employer.** | **J** | **27,116.00** |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **27,416.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Justin W Johnson,**                                                              Case No. _____
     **Amy J Johnson**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1983 Ford F-150 pick-up with 107,000 miles;  two wheel drive;  value based on debtor's estimate | J | 1,000.00 |
| | | 1995 Nissan Sentra with 152,000 miles;  value based on Kelley Blue Book private party value | J | 1,750.00 |
| | | 1997 Chrysler Town and Country van;  111,000 miles;  value based on NADA low retail | J | 5,450.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Sub-Total >       **8,200.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                                    Best Case Bankruptcy

In re    **Justin W Johnson,**                                                    Case No. _____
         **Amy J Johnson**

_____,
                            Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | | **Chihuahua (unregistered) and one cat** | **J** | **100.00** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **100.00** |
| (Total of this page) | |
| Total > | **37,362.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re      **Justin W Johnson,**                                              Case No. _____
           **Amy J Johnson,**
_____,
                                                    Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead - 3 bedroom, 2 bath, 1 story ranch home w/ one car attached garage, no basement, approx. 1,600 sq. ft., located on one lot. Purchased for $75,000 six years ago; value based upon real estate tax assessment which is believed to be a fair estimate.** | **735 ILCS 5/12-901** | **15,000.00** | **80,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account at Banterra Bank Account ending in 0918** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Savings Account at Banterra Bank Account ending in 1612** | **735 ILCS 5/12-1001(b)** | **91.00** | **91.00** |
| **Household Goods and Furnishings** | | | |
| **Couch, loveseat, chair, coffee table, entertainment center** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **3 beds, crib, 3 dressers, desk** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **4 tvs, 4 dvd players, computer, stereo** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Refrigerator, stove, small deep freezer** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Misc. clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Wedding rings, necklace & bracelet** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **12 ga. shotgun, 20 ga. shotgun, 45 Cal. Ruger** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Interests in Insurance Policies** | | | |
| **Whole life insurance policy through Northwestern Mutual Insurance; daughter is insured** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Debtor has pension plan through employer.** | **735 ILCS 5/12-1006** | **100%** | **27,116.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1995 Nissan Sentra with 152,000 miles; value based on Kelley Blue Book private party value** | **735 ILCS 5/12-1001(c)**<br>**735 ILCS 5/12-1001(b)** | **1,200.00**<br>**550.00** | **1,750.00** |
| **1997 Chrysler Town and Country van; 111,000 miles; value based on NADA low retail** | **735 ILCS 5/12-1001(c)**<br>**735 ILCS 5/12-1001(b)** | **1,200.00**<br>**1,809.00** | **5,450.00** |

____**1**____  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re     **Justin W Johnson,**                                             Case No. _____
          **Amy J Johnson**

                                               _____,
                                                        Debtors
                           **SCHEDULE C. PROPERTY CLAIMED AS EXEMPT**
                                            (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| **Chihuahua (unregistered) and one cat** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **Justin W Johnson,**                                                    Case No. _____
         **Amy J Johnson**
_____
                            Debtors                                ,

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx5511** <br><br> **Cendant Mortgage** <br> **PO Box 0112** <br> **Palatine, IL 60055** | | J | **May 1999** <br> **First Mortgage** <br> Homestead - 3 bedroom, 2 bath, 1 story ranch home w/ one car attached garage, no basement, approx. 1,600 sq. ft., located on one lot.  Purchased for $75,000 six years ago;  value based upon real estate tax assessment which | | | | | |
| | | | Value $            **80,000.00** | | | | **69,000.00** | **0.00** |
| Account No. **xxxxxx8586** <br><br> **Homecomings Financial** <br> **PO Box 890036** <br> **Dallas, TX 75389** | | J | **July 2001** <br><br> **Second Mortgage** <br><br> 3 bedroom, 2 bath, ranch home | | | | | |
| | | | Value $            **80,000.00** | | | | **23,043.00** | **12,043.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **92,043.00** | |
| | | | Total <br> (Report on Summary of Schedules) | | | | **92,043.00** | |

Form B6E
(04/04)

In re    **Justin W Johnson,**                                        Case No. _____
         **Amy J Johnson**

_____ ,
                                  Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0**    continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re   **Justin W Johnson,**                                     Case No. _____

        **Amy J Johnson**

_____ ,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx/xxxxx9917** <br><br> **Affiliated Credit Services** <br>**PO Box 1329** <br>**Rochester, MN 55903-1329** | | | J | | **2004** <br>**Collector for fees two NSF checks to Target** | | | | 50.00 |
| Account No. **xxxx-xxxxxx-x1008** <br><br> **American Express** <br>**PO Box 360002** <br>**Fort Lauderdale, FL 33336-0002** | | | J | | **2000-2004** <br>**Misc. consumer purchases** | | | | 3,013.00 |
| Account No. <br><br> **Representing:** <br>**American Express** | | | | | **Nationwide Credit** <br>**PO Box 740640** <br>**Atlanta, GA 30374-0640** | | | | |
| Account No. **xxxx-xxxx-xxxx-9563** <br><br> **Bank One** <br>**PO Box 15153** <br>**Wilmington, DE 19886-5153** | | | J | | **2000-2004** <br>**Misc. consumer purchases** | | | | 3,593.00 |

  **9**   continuation sheets attached

Subtotal <br>(Total of this page)    **6,656.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
           S/N:27379-050418   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**
      **Amy J Johnson**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Bank One** | | | | | Creditors Interchange PO Box 1335 Buffalo, NY 14240-1335 | | | | |
| Account No. **xxxx-xxxx-xxxx-9795** Capital One PO Box 790216 Saint Louis, MO 63179-0216 | | | J | | 2000-2004 Misc. consumer purchases | | | | 334.00 |
| Account No. **xxxx3338** Carbondale Clinic 2601 W Main Street Carbondale, IL 62901 | | | J | | 2004 Medical Service | | | | 61.00 |
| Account No. **xxxx-xxxx-xxxx-6780** Chase PO Box 52108 Phoenix, AZ 85072-2108 | | | J | | 2000-2004 Misc. consumer purchases | | | | 955.00 |
| Account No. **Johnson** Child Magazine PO Box 3175 Harlan, IA 51593-0366 | | | J | | 2003 Magazine | | | | 12.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,362.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Justin W Johnson,**
    **Amy J Johnson**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8426**<br><br>**Citi Cards**<br>**PO Box 6416**<br>**The Lakes, NV 88901-6416** | | J | **2000-2004**<br>**Misc. consumer purchases** | | | | **7,722.00** |
| Account No. **xxx-xxx-934-8**<br><br>**Citi Cards**<br>**PO Box 9140**<br>**Des Moines, IA 50368-9140** | | J | **2000-2004**<br>**Misc. consumer purchases** | | | | **103.00** |
| Account No.<br><br>Representing:<br>Citi Cards | | | **LTD Financial Services**<br>**7322 SW Freeway**<br>**Suite 1600**<br>**Houston, TX 77074** | | | | |
| Account No. **xxxx-xxxx-xxxx-1611**<br><br>**Citibank**<br>**PO Box 6404**<br>**The Lakes, NV 88901-6404** | | J | **2000-2004**<br>**Misc. consumer purchases** | | | | **1,667.00** |
| Account No.<br><br>Representing:<br>Citibank | | | **Alliance One Receivable Management**<br>**PO Box 21951**<br>**Eagan, MN 55121-9998** | | | | |

Sheet no. __**2**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,492.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**          Case No. _____
       **Amy J Johnson**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **8930**<br><br>**Cross Check**<br>**PO Box 6008**<br>**Petaluma, CA 94955-6008** | | | J | | **2004**<br>**Check overdraft fees** | | | | 25.00 |
| Account No. **xxxx-xxxx-xxxx-3936**<br><br>**Discover**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | 8,676.00 |
| Account No. **xx-xxx-829-3**<br><br>**Famous Barr**<br>**PO Box 94517**<br>**Cleveland, OH 44101-4517** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | 256.00 |
| Account No. **xxxxxxx7949**<br><br>**First Cellular of Southern Illinois**<br>**King City Square**<br>**417 S 42nd Street**<br>**Mount Vernon, IL 62864** | | | J | | **2004**<br>**Cell phone service** | | | | 747.00 |
| Account No. **Johnson**<br><br>**Fit Pregnancy**<br>**PO Box 37478**<br>**Boone, IA 50037-0478** | | | J | | **2004**<br>**Magazine** | | | | 13.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,717.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**
       **Amy J Johnson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0127**<br><br>**Gap**<br>**PO Box 530942**<br>**Atlanta, GA 30353-0942** | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **417.00** |
| Account No. **xxx-xxx-xx5-716G**<br><br>**Grandpointe**<br>**PO Box 8939**<br>**Madison, WI 53708-8939** | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **351.00** |
| Account No. **xxxxxxx/xxxxxxx/xxx9225**<br><br>**Herrin Hospital**<br>**201 S 14th Street**<br>**Herrin, IL 62948** | | J | | **2002-2004**<br>**Medical Service** | | | | **368.00** |
| Account No.<br><br>**Representing:**<br>**Herrin Hospital** | | | | **Herrin Hospital**<br>**PO Box 219714**<br>**Kansas City, MO 64121-9714** | | | | |
| Account No. **xxx-xxx0740**<br><br>**Images USA**<br>**PO Box 503809**<br>**Saint Louis, MO 63150-3809** | | J | | **2003**<br>**Medical Service** | | | | **34.00** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,170.00**

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**                                          Case No. _____
       **Amy J Johnson**

_____,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx-xxx-x67-71** | | | | | 2000-2004 **Misc. consumer purchases** | | | | |
| **JC Penney** **PO Box 960001** **Orlando, FL 32896-0001** | | | | J | | | | | |
| | | | | | | | | | 243.00 |
| Account No. **xxx-xxx-8677** | | | | | 2004 **Misc. consumer purchases** | | | | |
| **JC Penney** **Box 2985** **Mission, KS 66201-1385** | | | | J | | | | | |
| | | | | | | | | | 43.00 |
| Account No. **xxxxxx4167** | | | | | 2000-2004 **Misc. consumer purchases** | | | | |
| **Kay Jewelers** **PO Box 740425** **Cincinnati, OH 45274-0425** | | | | J | | | | | |
| | | | | | | | | | 1,336.00 |
| Account No. **xxxxxx0275** | | | | | 2000-2004 **Misc. consumer purchases** | | | | |
| **Kay Jewelers** **PO Box 740425** **Cincinnati, OH 45274-0425** | | | | J | | | | | |
| | | | | | | | | | 1,928.00 |
| Account No. **xx-xxx-xxx-805-0** | | | | | 2000-2004 **Misc. consumer purchases** | | | | |
| **Lazarus** **PO Box 4589** **Carol Stream, IL 60197-4589** | | | | J | | | | | |
| | | | | | | | | | 441.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,991.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Amy J Johnson**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marion Eye Centers**<br>**PO Box 1178**<br>**Marion, IL 62959** | | J | **2005**<br>**Medical services** | | | | 45.00 |
| Account No. **MMA7347**<br><br>**Marion Memorial Anesthesia**<br>**PO Box 503256**<br>**Saint Louis, MO 63150-3256** | | J | **2003**<br>**Medical Service** | | | | 853.00 |
| Account No.<br><br>**Representing:**<br>**Marion Memorial Anesthesia** | | | **Marion Memorial Anesthesia**<br>**PO Box 1547**<br>**Sedalia, MO 65301** | | | | |
| Account No. **xxxxxxxx5550**<br><br>**Midnight Velvet**<br>**1112 7th Avenue**<br>**Monroe, WI 53566** | | J | **2000-2004**<br>**Misc. consumer purchases** | | | | 113.00 |
| Account No. **Johnson**<br><br>**Moroni Drugs**<br>**109 W Monroe**<br>**Herrin, IL 62948** | | J | **2004**<br>**Medical Service** | | | | 201.00 |

Sheet no. __**6**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,212.00

Form B6F - Cont.
(12/03)

In re    **Justin W Johnson,**
         **Amy J Johnson**

Case No. _____

_____,
                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx3-604**<br><br>**Scholastic**<br>**PO Box 6024**<br>**Jefferson City, MO 65102-6024** | | | J | | **2004**<br>**Books** | | | | **14.00** |
| Account No. **xxxx-xxxx-xxxx-8191**<br><br>**Sears**<br>**PO Box 182156**<br>**Columbus, OH 43218-2156** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **7,610.00** |
| Account No. **xxxx-xxxx-xxxx-9388**<br><br>**Sears**<br>**PO Box 182149**<br>**Columbus, OH 43218-2149** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **631.00** |
| Account No. **xxxx-xxxx-xxxx-6743**<br><br>**Sears**<br>**PO Box 182156**<br>**Columbus, OH 43218-2156** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **8,990.00** |
| Account No. **xxx-xxx-xxx-7570**<br><br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe, WI 53566-1364** | | | J | | **2000-2004**<br>**Misc. consumer purchases** | | | | **450.00** |

Sheet no. __**7**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,695.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Justin W Johnson,**
       **Amy J Johnson**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Seventh Avenue** | | | **ER Solutions**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | | |
| Account No. **xxxxxxxx3350**<br><br>**SI Radiology Associates**<br>**PO Box 775**<br>**Carbondale, IL 62903-0775** | | J | **2000**<br>**Medical Service** | | | | **28.00** |
| Account No.<br><br>**Representing:**<br>**SI Radiology Associates** | | | **Credit Service**<br>**PO Box 438**<br>**Anna, IL 62906** | | | | |
| Account No.<br><br>**Swiss Colony**<br>**PO Box 2818**<br>**Monroe, WI 53566-8018** | | J | **2004**<br>**Misc. consumer purchases** | | | | **360.00** |
| Account No.<br><br>**Representing:**<br>**Swiss Colony** | | | **ER Solutions**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | | |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **388.00**

Form B6F - Cont.
(12/03)

In re **Justin W Johnson,**
      **Amy J Johnson**

Case No. _____

_____ ,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Target**<br>**PO Box 59231**<br>**Minneapolis, MN 55459** | | J | | **2005**<br>**Misc. consumer purchases** | | | | **20.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**9**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **20.00** |
| | Total<br>(Report on Summary of Schedules) | **51,703.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Justin W Johnson,**                                        Case No. _____
      **Amy J Johnson**

_____,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Justin W Johnson,**
         **Amy J Johnson**
                                                                          Case No. _____

_____ ,
                            Debtors

# SCHEDULE H. CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

　　**0**　 continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re    **Justin W Johnson**
          **Amy J Johnson**                                          Case No. _____
                          Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP  **Donald Maze (Guardianship**  **Daughter**  **Daughter** | AGE  **14 years**  **2 years**  **3 years** |

| **EMPLOYMENT** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | **Correctional Officer** | **Homemaker** |
| Name of Employer | **Illinois Department of Corrections** | |
| How long employed | **12 years** | |
| Address of Employer | **Withholding Agent**  **Attn: Patti Landers**  **1301 Concordia Court**  **Springfield, IL 62794** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **4,051.67** | $ | **0.00** |
| Estimated monthly overtime | $ | **678.71** | $ | **0.00** |
| SUBTOTAL | $ | **4,730.38** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,008.04** | $ | **0.00** |
| b. Insurance | $ | **314.60** | $ | **0.00** |
| c. Union dues | $ | **33.69** | $ | **0.00** |
| d. Other (Specify)  **Retirement** | $ | **272.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,628.33** | $ | **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,102.05** | $ | **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify) _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income (Specify) _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **3,102.05** | $ | **0.00** |

TOTAL COMBINED MONTHLY INCOME        $ _____ **3,102.05**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the
filing of this document:

In re **Justin W Johnson**
**Amy J Johnson**                                                     Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 967.00 |
| Are real estate taxes included?               Yes ___        No **X** | | |
| Is property insurance included?               Yes ___        No **X** | | |
| Utilities:     Electricity and heating fuel | $ | 139.00 |
| Water and sewer | $ | 62.00 |
| Telephone | $ | 29.00 |
| Other     **See Detailed Expense Attachment** | $ | 151.00 |
| Home maintenance (repairs and upkeep) | $ | 85.00 |
| Food | $ | 475.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 88.00 |
| Transportation (not including car payments) | $ | 185.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 100.00 |
| Health | $ | 0.00 |
| Auto | $ | 113.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other     **See Detailed Expense Attachment** | $ | 368.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,942.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---|
| A. | Total projected monthly income | $ | 3,102.05 |
| B. | Total projected monthly expenses | $ | 2,942.00 |
| C. | Excess income (A minus B) | $ | 160.05 |
| D. | Total amount to be paid into plan each        **Monthly** | $ | 160.00 |
| | (interval) | | |

In re    **Justin W Johnson**
      **Amy J Johnson**                           Case No. _____
                             Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell phone** | $ | **60.00** |
| **Cable** | $ | **91.00** |
| **Total Other Utility Expenditures** | $ | **151.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **Tobacco** | $ | **125.00** |
| **Postage** | $ | **8.00** |
| **Haircuts** | $ | **50.00** |
| **School** | $ | **75.00** |
| **Christmas / birthdays** | $ | **70.00** |
| **Non food grocery** | $ | **40.00** |
| **Total Other Expenditures** | $ | **368.00** |

# United States Bankruptcy Court
### Southern District of Illinois

In re    **Justin W Johnson**
     **Amy J Johnson**

Case No. _____

Debtor(s)      Chapter   **13** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 12, 2005** _____      Signature    **/s/ Justin W Johnson** _____
                                              **Justin W Johnson**
                                              Debtor

Date   **May 12, 2005** _____      Signature    **/s/ Amy J Johnson** _____
                                              **Amy J Johnson**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Southern District of Illinois

In re   **Justin W Johnson**
        **Amy J Johnson**
                                            Case No. _____
                        Debtor(s)           Chapter   **13** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| **$17,717.00** | **2005 H Illinois Department of Corrections** |
| **$52,398.00** | **2004 H Illinois Department Corrections** |
| **$50,938.00** | **2003 H Illinois Department of Corrections** |
| **$2,073.00** | **2004 W Sale of Pampered Chef (Gross receipts, debtor took a loss of $1,286)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

2

### 3. Payments to creditors

None ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Cendant Mortgage**<br>**PO Box 0112**<br>**Palatine, IL 60055** | **3 monthly payments of**<br>**$716.94** | **$2,150.82** | **$69,000.00** |
| **Homecomings Financial Network**<br>**PO Box 78426**<br>**Phoenix, AZ 85062-8426** | **3 monthly payments of**<br>**$270.75** | **$812.25** | **$23,043.00** |

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

#### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bankruptcy Clinic** | **1/13/05** | **$100** |
| **811 W Main Street** | **4/15/05** | **$309** |
| **Carbondale, IL 62901** | **4/29/05** | **$300** |

#### 10. Other transfers

None ☐   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Jeanie Herring** | **March 2005** | **Transferred 1998 Dodge Stratus, plus $2,000** |
| **Camargo, IL** | | **cash from husband's father in exchange for** |
| **   Husband's sister** | | **receiving 1997 Chrysler Town and Country van** |
| | | **with estimated value of $5,450** |

4

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    __**May 12, 2005**_____      Signature    __**/s/ Justin W Johnson**_____

                                                 **Justin W Johnson**

                                                 Debtor

Date    __**May 12, 2005**_____      Signature    __**/s/ Amy J Johnson**_____

                                                 **Amy J Johnson**

                                                 Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
### Southern District of Illinois

In re    **Justin W Johnson**
       **Amy J Johnson**                                 Case No. _____
                                 Debtor(s)       Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept............................................... | $ | **2,200.00** |
| Prior to the filing of this statement I have received.................................... | $ | **515.00** |
| Balance Due.................................................................................................. | $ | **1,685.00** |

2. $ __**194.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ■        Debtor            ☐        Other (specify):

4. The source of compensation to be paid to me is:

     ■        Debtor            ☐        Other (specify):

5. ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **In Chapter 7 bankruptcy only:   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __**May 12, 2005**__                    **/s/ Jay B Howd 6208980 or Marcus H Herbert 6211376**
                                             **Jay B Howd 6208980 or Marcus H Herbert 6211376**
                                           **Herbert and Howd**
                                           **811 West Main Street**
                                           **Carbondale, IL 62901**
                                           **618-549-0567  Fax: 618-549-0141**

Affiliated Credit Services
PO Box 1329
Rochester, MN 55903-1329


Alliance One Receivable Management
PO Box 21951
Eagan, MN 55121-9998


American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002


Bank One
PO Box 15153
Wilmington, DE 19886-5153


Capital One
PO Box 790216
Saint Louis, MO 63179-0216


Carbondale Clinic
2601 W Main Street
Carbondale, IL 62901


Cendant Mortgage
PO Box 0112
Palatine, IL 60055


Chase
PO Box 52108
Phoenix, AZ 85072-2108


Child Magazine
PO Box 3175
Harlan, IA 51593-0366


Citi Cards
PO Box 6416
The Lakes, NV 88901-6416


Citi Cards
PO Box 9140
Des Moines, IA 50368-9140

Citibank
PO Box 6404
The Lakes, NV 88901-6404


Credit Service
PO Box 438
Anna, IL 62906


Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335


Cross Check
PO Box 6008
Petaluma, CA 94955-6008


Discover
PO Box 30395
Salt Lake City, UT 84130-0395


ER Solutions
PO Box 9004
Renton, WA 98057


Famous Barr
PO Box 94517
Cleveland, OH 44101-4517


First Cellular of Southern Illinois
King City Square
417 S 42nd Street
Mount Vernon, IL 62864


Fit Pregnancy
PO Box 37478
Boone, IA 50037-0478


Gap
PO Box 530942
Atlanta, GA 30353-0942


Grandpointe
PO Box 8939
Madison, WI 53708-8939

Herrin  Hospital
201  S  14th  Street
Herrin, IL 62948


Herrin  Hospital
PO Box  219714
Kansas City, MO 64121-9714


Homecomings  Financial
PO Box  890036
Dallas, TX 75389


Images  USA
PO Box  503809
Saint Louis, MO 63150-3809


JC  Penney
PO Box  960001
Orlando, FL 32896-0001


JC  Penney
Box  2985
Mission, KS 66201-1385


Kay  Jewelers
PO Box  740425
Cincinnati, OH 45274-0425


Lazarus
PO Box  4589
Carol Stream, IL 60197-4589


LTD  Financial  Services
7322  SW  Freeway
Suite  1600
Houston, TX 77074


Marion  Eye  Centers
PO Box  1178
Marion, IL 62959


Marion Memorial  Anesthesia
PO Box  503256
Saint Louis, MO 63150-3256

Marion Memorial Anesthesia
PO Box 1547
Sedalia, MO 65301


Midnight Velvet
1112 7th Avenue
Monroe, WI 53566


Moroni Drugs
109 W Monroe
Herrin, IL 62948


Nationwide Credit
PO Box 740640
Atlanta, GA 30374-0640


Scholastic
PO Box 6024
Jefferson City, MO 65102-6024


Sears
PO Box 182156
Columbus, OH 43218-2156


Sears
PO Box 182149
Columbus, OH 43218-2149


Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364


SI Radiology Associates
PO Box 775
Carbondale, IL 62903-0775


Swiss Colony
PO Box 2818
Monroe, WI 53566-8018


Target
PO Box 59231
Minneapolis, MN 55459

# United States Bankruptcy Court
### Southern District of Illinois

In re    **Justin W Johnson**
       **Amy J Johnson**

                                     Debtor(s)

Case No. _____

Chapter    **13**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date:    **May 12, 2005**

                                     **/s/ Justin W Johnson**
                                     **Justin W Johnson**
                                     Signature of Debtor

Date:    **May 12, 2005**

                                     **/s/ Amy J Johnson**
                                     **Amy J Johnson**
                                     Signature of Debtor