```
                 IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE SOUTHERN DISTRICT OF ILLINOIS


RE:   JUSTIN W. & AMY J. JOHNSON   )
                                   )
PHH Mortgage Corporation           )
          Creditor,                )    Case No. 05-41272
                                   )    Judge Kenneth J. Meyers
      vs.                          )
                                   )
JUSTIN W. & AMY J. JOHNSON,        )
          Debtor(s),               )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES PHH Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 412 West Wilson Street, Herrin, IL, be Modified, stating as follows.

1. On May 12, 2005, the above captioned Chapter 13 was filed.

2. On June 17, 2005, the above captioned Chapter 13 was confirmed.

3. PHH Mortgage Corporation holds the mortgage lien on the property located at 412 West Wilson Street, Herrin, IL.

4. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to PHH Mortgage Corporation. Post-petition payments are $684.68.

5. The post-petition mortgage payments are due and owing for August 2006. The default to PHH Mortgage Corporation is approximately $3,384.36 through November 2006 including attorney's fees and costs of this motion.

6. The plan is in material default.

7. PHH Mortgage Corporation continues to be injured each day it remains bound by the Automatic Stay.

8. PHH Mortgage Corporation is not adequately protected.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 412 West Wilson Street, Herrin, IL, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to PHH Mortgage Corporation to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

PHH Mortgage Corporation

/s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779

Pierce and Associates, P.C.
1 North Dearborn St., #1300
Chicago, IL 60602
(312)346-9088

```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                  THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: JUSTIN W. & AMY J. JOHNSON ,    )
                                       )
PHH Mortgage Corporation,              )
           Creditor,                   ) CASE NO. 05-41272
     vs.                               ) JUDGE Kenneth J. Meyers
                                       )
JUSTIN W. & AMY J. JOHNSON,            )
           Debtors                     )
```

**SUMMARY OF EXHIBITS**

The following exhibit(s) pertain to the Relief of Stay filed by PHH Mortgage Corporation on November 27, 2006:

1. Mortgage Docs

/s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779
Pierce and Associates, P.C.
1 North Dearborn St., #1300
Chicago, IL 60602
(312)346-9088

CERTIFICATE OF SERVICE

I, the undersigned, Attorney, Certify that I served a copy of all exhibits listed above were deposited in the United States Mail at 1 North Dearborn St., #1300, Chicago, IL 60602, at or before 5:00 p.m., on  November 27, 2006, with proper postage prepaid as address to all parties on the service list for the Motion.

/s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779
