IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RE: **JUSTIN W. & AMY J. JOHNSON** ) **CASE NO. 05-41272**
) **Judge Kenneth J. Meyers**

### AGREED REPAYMENT DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of PHH Mortgage Corporation, the first mortgagee on the property located at 412 West Wilson Street, Herrin, IL, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtors acknowledging a default to PHH Mortgage Corporation, of $4,092.95 through December 2006 after crediting the tender of payments made through December 13, 2005. The aforementioned default is calculated as follows:

   | | | |
   |---|---|---|
   | 8/06 – 12/06 | = 5 @ 684.68 | $3,423.40 |
   | Late Charges | = 5 @ 23.91 | $ 119.55 |
   | Bankruptcy Fees and Costs | | $ 550.00 |
   | Leaves a Total Default | | $4,092.95 |

   The Debtor shall tender the following payments on or before the following states:

   | | |
   |---|---|
   | On or before January 30, 2007 | One post-petition mortgage payment + $682.16 |
   | On or before February 28, 2007 | One post-petition mortgage payment + $682.16 |
   | On or before March 30, 2007 | One post-petition mortgage payment + $682.16 |
   | On or before April 30, 2007 | One post-petition mortgage payment + $682.16 |
   | On or before May 30, 2007 | One post-petition mortgage payment + $682.16 |
   | On or before June 30, 2007 | One post-petition mortgage payment + $682.16 |

   The current mortgage payment and late charge at the present time are $684.68 and $23.91, respectively.

2. In the event the Debtors default in making the payments under paragraph 1, then the Debtors have no right to cure and the Stay shall automatically Modify to PHH Mortgage Corporation, without further Court Order.

3. The aforestated payments shall be made payable to PHH Mortgage Corporation, and received by PHH Mortgage Corporation 's attorneys, PIERCE AND ASSOCIATES, P.C., 1 North Dearborn, 13TH FLOOR, CHICAGO, ILLINOIS 60602, in the form of money orders, certified checks, or cashier's checks.

4. Commencing with the July 2007 post-petition mortgage payment and continuing thereafter, if the Debtors fail to make said payment on the date on which it is due, thereby accruing a two post-petition mortgage payment default, then the Stay shall automatically Modify to PHH Mortgage Corporation, without further Court Order, if upon notice to the Debtors and the Debtors' attorney the complained of default is not fully cured and proof of cure received by PHH Mortgage Corporation 's attorney, Pierce & Associates, P.C., 1 North Dearborn, 13TH FLOOR, CHICAGO, ILLINOIS 60602, within 14 days from the date notice is sent.

5. In the event the Stay is Modified to PHH Mortgage Corporation, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtors, the Debtors' attorney and the Trustee and file said notice with the Court.

6. In the event that Pierce & Associates, P.C. should have to send out any Notices of Default under this Order, the Debtors shall pay an extra $150.00 per Notice in certified funds to Pierce & Associates, P.C., in addition to whatever funds are needed to cure the default cited in the Notice. These $150.00 payments constitute attorney's fees and must be paid within the same 14-day cure period listed in paragraph 4 of this Order or Stay shall Modify.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: December 29, 2006    /s/ Kenneth J. Meyers
UNITED STATES BANKRUPTCY JUDGE

Agreed:    /s/ Cheryl Considine          /s/Jay B. Howd
           Cheryl Considine              Jay B. Howd
           Counsel for PHH               Debtors Counsel
           Mortgage Corporation